UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| **MEHRAZ KHALEGHI KERAHROODI,** on behalf of her father *Ali Akbar Khaleghi Karahrodi*, | : : : : | |
| Plaintiff, | : : | 1:25-cv-08193 ALC) |
| -against- | : : | **ORDER** |
| **MARCO RUBIO**, *in his official capacity as U.S. Secretary of State*, et al., | : : : : | |
| Defendants. | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 3, 2025, Plaintiff filed the complaint initiating this matter. ECF No. 1. The pleading represents venue is proper under 28 U.S.C. 1391(e)(1)(C) based on Plaintiff's residence in Brooklyn. *Id.* at 1. Brooklyn, however, is located in Kings County, which falls in the Eastern District of New York.

On October 3, the Court ordered Plaintiff to show cause why this case should not be transferred to the United States District Court for the Eastern District of New York. ECF No. 6. Plaintiff responded and requested the Court transfer this action. ECF No. 7. Consequently, this action is hereby transferred to the United States District Court for the Eastern District of New York. 28 U.S.C. §§ 1391(e)(1)(C), 1406(a).

The Clerk of Court is respectfully directed to immediately transfer this action to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

**Dated: October 10, 2025**
       New York, NY

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**